COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Webber, LLC

Appellate case number:    01-21-00178-CV

Trial court case number:   2019-27907

Trial court:               234th District Court of Harris County

Relator, Webber, LLC, has filed a petition for writ of mandamus challenging the trial court's March 23, 2021 discovery order. Relator has also filed a motion for temporary relief asking this Court to stay the order pending this Court's decision.

The Court **grants** the motion for temporary relief and **orders** the March 23, 2021 discovery order **stayed** pending this Court's disposition of the petition for writ of mandamus.

The Court requests a response to the petition for writ of mandamus from real parties in interest, Treasyre Freeman and Neitha Mae Freeman, to be filed **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                 ☑ Acting individually    ☐ Acting for the Court


Date: __April 9, 2021_____